1200/25-8532.SZ/kmm

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

DANIELLE L. DOSTER,                )
                                   )
    Plaintiff,                )
                                   )
    v.                        )    Case No.:
                                   )
STARKE COUNTY SHERIFF,             )
                                   )
    Defendant.                )
                                   )

**<u>NOTICE OF REMOVAL</u>**

Defendant, STARKE COUNTY SHERIFF, by and through one of its attorneys, ELIZABETH M. WHEATON (#35290-45) of CLARK JOHNSON & KNIGHT, LTD., and, pursuant to 28 U.S.C. § 1441 and § 1446, hereby serve its Notice of Removal of the cause entitled *Danielle L. Doster v. Starke County Sheriff*, filed in the Starke Circuit Court, Cause No. 75C01-2505-CT-000015. As its statement of grounds for removal, Defendant states as follows:

1.  Plaintiff filed an action, which was commenced on or about May 27, 2025, and which is presently pending in Starke Circuit Court in the State of Indiana under Cause No. 75C01-2505-CT-000015. A true and accurate copy of the Amended Complaint is attached and made a part of this Notice as Exhibit A. The entire state court record is attached hereto as Exhibit B.

2.  Service of process with the Summons and the Amended Complaint was made on Defendant Starke County Sheriff on or about June 2, 2025.

3.  The Complaint includes claims of civil rights violations against Defendant Starke County Sheriff. The claims for civil rights violations are brought pursuant to federal law and enable Defendant to file this Notice of Removal.

1

4.      The State Court proceeding is an action for civil damages, which among these claims alleges that Defendants deprived Plaintiff of rights secured to her minor son by the Constitution and federal laws of the United States.

5.      The State Court Complaint raises federal questions and the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343 and pendant jurisdiction over state claims pursuant to 28 U.S.C. § 1367.

6.      The removal of the State Court action to the United States District is proper pursuant to 28 U.S.C. § 1441.  By virtue of the provisions of 28 U.S.C. § 1441, this case is one that may be removed to the District Court pursuant to 28 U.S.C. § 1441 and the action brought is one of which the District Court has original jurisdiction as the claim is founded on a claim or right arising under the Constitution, treaties, or laws of the United States.

7.      A Notice of Removal has contemporaneously been filed with the Starke Circuit Court, sitting in Knox, Indiana.

8.      There are no other defendants.  Therefore, this removal is made with the permission of all defendants that have been properly joined and served.

9.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of service upon this Defendant on June 2, 2025.

10.     Removal should be permitted in the interest of justice because this Defendant properly seeks to invoke its right to defend these constitutional and federal claims in the federal forum.

WHEREFORE, Defendant, STARKE COUNTY SHERIFF, prays that this Honorable Court exercise jurisdiction over this cause and that this action be removed to this Court and Division.

Respectfully submitted,

/s/ Elizabeth M. Weaton
Elizabeth M. Wheaton (#35290-45)

CLARK JOHNSON & KNIGHT, LTD.
Attorneys for Defendant, Starke County Sheriff
233 E. 84th Drive, Suite 301
Merrillville, IN 46410
Phone: 219.322.0830; Fax: 219.322.0834
Email: Ewheaton@cjklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2025, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Elizabeth M. Wheaton, EWheaton@cjklaw.com, kmeyer@cjklaw.com

- Elizabeth A. Knight, Eknight@cjklaw.com, kmeyer@cjklaw.com

**MANUAL NOTICE:** Danielle L. Doster c/o Attorney Christopher Myers, 809 S. Calhoun St., Suite 400, Fort Wayne, IN 46802,

/s/ Elizabeth M. Wheaton

25-06-16 Notice of Removal Fed 8532

3